Order entered August 8, 2016



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00801-CV

**BAYLOR MEDICAL CENTER AT IRVING, Appellant**

**V.**

**PAUL LESTER CHATMAN, II AND PAUL LESTER CHATMAN, AS NEXT FRIEND OF PAUL LESTER CHATMAN, II, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11612**

## ORDER

We **GRANT** appellant's August 2, 2016 unopposed motion to extend time to file its brief

and **ORDER** appellant's brief filed no later than September 12, 2016.

        /s/     ELIZABETH LANG-MIERS
                  JUSTICE